# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

### CRIMINAL MINUTES – Motion hearing

**Case No.:** 1:24cr3                                      **Date:** 5/22/2025

---

**Defendant:** Austin Lee Hale                **Counsel:** Heidi Bohn and Matt Hill, FPD

---

PRESENT:     JUDGE:              Robert S. Ballou      TIME IN COURT:   4:00-4:36, 36 min
             Deputy Clerk:       Kelly Brown
             Court Reporter:     Sindie Bragg
             U. S. Attorney:     Carrie Macon, Whit Pierce
             Agent:              Chad Potter, FBI

PROCEEDINGS:
Parties present and represented by counsel.
Motion hearing on DE[188] Motion for Acquittal by Defendant.
Argument.
Rebuttal.
Court addresses parties, and will take under advisement.
Sentencing is set for 6/5/2025 1:00pm.  Parties will have their sentencing memorandums in by COB on
         6/3/2025.
Adjourned.